AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Amon, Carol B. | U. S. District Court, EDNY | 10/31/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Room 908S
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Brooklyn Law School - Teaching | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-Employed Attorney - Law Partnership Distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | March 15 - 18, 2012 | Malibu, California | Lecturer | Transportation, lodging and food. |
| 2. | Federal Bar Council | May 1, 2012 | NY, NY | Law Day Dinner | Food |
| 3. | Respect For Law Alliance | May 30, 2012 | NY, NY | Reception and Banquet | Food |
| 4. | Brooklyn Law School Pre-Commencement Dinner | May 31, 2012 | Brooklyn, NY | Pre-Commencement Dinner | Food |
| 5. | Maritime Law Association of the United States | November 9, 2012 | NY, NY | Dinner | Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Passumpsic Bank | Mortgage on rental property - Newport, Vermont (Part VII, Line 19) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Accts Citibank, Bklyn,NY FidelityAd.DynamicCapitalAppFud | B | Dividend | K | T | | | | | |
| 2. Law Partnership,Cap.Acct | | None | M | T | | | | | |
| 3.          Pension Plan | A | Interest | J | T | | | | | |
| 4.          PrfShrPlan | A | Interest | J | T | | | | | |
| 5. Citibank N.A., Money Market | B | Interest | M | T | | | | | |
| 6. FidelityContraFund II | A | Dividend | J | T | | | | | |
| 7. Fidelity IndependenceFund | A | Dividend | J | T | | | | | |
| 8. Aim Dynamics FD Class B (Name change Invesco/Aim | A | Dividend | J | T | | | | | |
| 9. Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 10. Fidelity Ad. Tech Fund | A | Dividend | J | T | | | | | |
| 11. Legg Mason Partners Financial Services Fund B | A | Dividend | J | T | | | | | |
| 12. Legg Mason Partners Large CapValue Fund B | A | Dividend | J | T | | | | | |
| 13. MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 14. Chase Select Checking | A | Interest | J | T | | | | | |
| 15. Encore Networks, Inc. (See VIII) | | None | M | T | | | | | |
| 16. Rental Property Newport, Vt (SeeVIII) | | None | N | W | | | | | |
| 17. Equitable Variable Life Policy | B | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alternative Construction Tech, Inc. (See VIII) (Y) | | | | | | | | | |
| 19. Rental Property Newport, VT (See VIII) | D | Rent | M | R | | | | | |
| 20. Cranston II. LLC (See VIII) (Y) | | | | | | | | | |
| 21. Aim Technology FD | A | Dividend | J | T | | | | | |
| 22. Sonic Mountains Inc. | | None | N | U | | | | | |
| 23. Citibank CD | A | Interest | J | T | | | | | |
| 24. Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 25. Spoleto Corp. (See VIII) | C | Interest | M | T | | | | | |
| 26. Pimco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 27. Franklin NY Tax Free Income Bond Fund | B | Interest | L | T | Buy | 10/26/12 | L | | |
| 28. JPMorgan Chase Brokerage Acct #1 Header (See VIII) | | | | | | | | | |
| 29. Williams Companies | A | Dividend | J | T | Buy | 03/01/12 | J | | |
| 30. Williams Companies | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 31. Williams Companies | A | Dividend | J | T | Sold (part) | 06/29/12 | J | A | |
| 32. Abbot Labs | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 33. Abbot Labs | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 34. 3M Co. | A | Dividend | J | T | Buy | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 3M Co. | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 36. Arthur Gallagher Co. | A | Dividend | J | T | Buy | 04/20/12 | J | | |
| 37. Arthur Gallagher Co. | A | Dividend | J | T | Buy (add'l) | 04/27/12 | J | | |
| 38. Arthur Gallagher Co. | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 39. AT&T, Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 40. AT&T, Inc. | A | Dividend | | | Sold (part) | 04/04/12 | J | A | |
| 41. ADP, Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 42. Century Link, Inc. | | None | J | T | Buy | 03/14/12 | J | | |
| 43. Chevron Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 44. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 45. Cincinnati Financial Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 46. Cinemark Holdings, Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 47. Cinemark Holdings, Inc. | A | Dividend | J | T | Sold (part) | 05/01/12 | J | | |
| 48. Cinemark Holdings, Inc. | A | Dividend | J | T | Sold (part) | 05/02/12 | J | A | |
| 49. CME Group Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 50. CMS Energy Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 51. CMS Energy Corp. | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Coca-Cola Co. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 53. Coca-Cola Co. | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 54. Conoco Phillips | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 55. Conoco Phillips | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 56. Cullen Frost Bankers | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 57. Dr. Pepper Snapple Group Inc. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 58. Dr. Pepper Snapple Group Inc. | A | Dividend | | | Sold (part) | 04/19/12 | J | A | |
| 59. Dr. Pepper Snapple Group Inc. | A | Dividend | | | Sold (part) | 04/23/12 | J | A | |
| 60. Dr. Pepper Snapple Group Inc. | A | Dividend | | | Sold | 04/24/12 | J | A | |
| 61. E.I. Dupont deNemours & Co. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 62. E.I. Dupont deNemours & Co. | A | Dividend | | | Buy (add'l) | 07/13/12 | J | | |
| 63. E.I. Dupont deNemours & Co. | A | Dividend | | | Sold (part) | 10/24/12 | J | A | |
| 64. E.I. Dupont deNemours & Co. | A | Dividend | | | Sold | 11/16/12 | J | A | |
| 65. Emerson Electric Co. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 66. Genuine Parts Co. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 67. Genuine Parts Co. | A | Dividend | | | Buy (add'l) | 07/13/12 | J | | |
| 68. Genuine Parts Co. | A | Dividend | | | Sold (part) | 12/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Genuine Parts Co. | A | Dividend | | | Sold | 12/18/12 | J | A | |
| 70. Hershey Company | A | Dividend | J | T | Buy | 04/16/12 | J | | |
| 71. Home Depot, Inc. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 72. Home Depot, Inc. | A | Dividend | | | Sold | 03/26/12 | J | A | |
| 73. Home Depot Inc. | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 74. Intel Corp. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 75. Intel Corp. | A | Dividend | | | Sold | 10/10/12 | J | A | |
| 76. JM Smucker Co. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 77. JM Smucker Co. | A | Dividend | | | Sold | 04/16/12 | J | A | |
| 78. Johnson & Johnson | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 79. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 07/13/12 | J | | |
| 80. KLA-Tencor Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 81. Kraft Foods Inc. Class A | A | Dividend | | | Buy | 03/14/12 | J | | |
| 82. Kraft Foods Inc. Class A | A | Dividend | | | Buy (add'l) | 07/13/12 | J | | |
| 83. Kraft Foods Inc. Class A | A | Dividend | | | Sold | 10/31/12 | J | A | |
| 84. Lincare Holdings Inc. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 85. Lincare Holdings Inc. | A | Dividend | | | Sold | 06/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lincare Holdings Inc. | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 87. Limited Brands Inc. | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 88. Lorillard Inc. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 89. Lorillard Inc. | A | Dividend | | | Sold | 03/30/12 | J | A | |
| 90. Lorillard Inc. | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 91. Lorillard Inc. | A | Dividend | J | T | Buy (add'l) | 07/17/12 | J | | |
| 92. M&T Bank Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 93. M&T Bank Corp. | A | Dividend | | | Buy (add'l) | 07/12/12 | J | | |
| 94. McDonald's Corp. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 95. McDonald's Corp. | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 96. Merck & Co. Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 97. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 04/04/12 | J | | |
| 98. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 99. McGraw Hill Co. Inc. | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 100. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 101. Microsoft Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 102. Microsoft Corp. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Molex Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 104. Mondelez Int'l | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 105. Nextera Energy Inc. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 106. Nextera Energy Inc. | A | Dividend | | | Buy (add'l) | 07/12/12 | J | | |
| 107. Nextera Energy Inc. | A | Dividend | | | Sold | 09/19/12 | J | A | |
| 108. Northeast Utilities | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 109. Northeast Utilities | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 110. Nsource Services Inc. | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 111. One Beacon Ins. Group Ltd. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 112. One Beacon Ins. Group Ltd. | A | Dividend | | | Sold (part) | 06/29/12 | J | | |
| 113. One Beacon Ins. Group Ltd. | A | Dividend | | | Sold (part) | 07/10/12 | J | | |
| 114. One Beacon Ins. Group Ltd. | A | Dividend | | | Sold | 07/30/12 | J | A | |
| 115. Oneok Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 116. Oneok Inc. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 117. Oneok Inc. | A | Dividend | J | T | Sold (part) | 12/19/12 | J | A | |
| 118. Oneok Inc. | A | Dividend | | | Sold (part) | 12/31/12 | J | A | |
| 119. Pfizer Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 121. People's United Financial | A | Dividend | | | Buy | 03/14/12 | J | | |
| 122. People's United Financial | A | Dividend | | | Sold (part) | 06/27/12 | J | A | |
| 123. People's United Financial | A | Dividend | | | Sold | 07/15/12 | J | A | |
| 124. Phillip Morris Int'l | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 125. PPG Industries, Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 126. Procter & Gamble Co. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 127. Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 05/17/12 | J | A | |
| 128. Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 07/12/12 | J | A | |
| 129. Sempra Energy | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 130. Sempra Energy | A | Dividend | J | T | Buy (add'l) | 04/19/12 | J | | |
| 131. Sempra Energy | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |
| 132. Sempra Energy | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 133. Sempra Energy | A | Dividend | | | Sold (part) | 09/25/12 | J | A | |
| 134. Snap On | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 135. Snap On | A | Dividend | J | T | Buy (add'l) | 07/12/12 | J | | |
| 136. Snap On | A | Dividend | | | Sold (part) | 07/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Snap On | A | Dividend | | | Sold (part) | 07/31/12 | J | A | |
| 138. Southern Co. | A | Dividend | | | Buy | 03/14/12 | J | | |
| 139. Southern Co. | A | Dividend | | | Sold | 06/20/12 | J | A | |
| 140. Petra Energy Corp. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 141. Petra Energy Corp. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 142. T. Rowe Price Group Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 143. T. Rowe Price Group Inc. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 144. The Travelers Companies Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 145. The Travelers Companies Inc. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 146. Time Warner Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 147. Time Warner Inc. | A | Dividend | | | Sold (part) | 03/26/12 | J | A | |
| 148. Tupperware Corp. | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 149. Validus Holdings Ltd. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 150. Validus Holdings Ltd. | A | Dividend | J | T | Buy (add'l) | 12/06/12 | J | | |
| 151. Verizon Communications | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 152. Verizon Communicatons | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 153. Williams Sonoma Inc. | A | Dividend | J | T | Buy | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Williams Sonoma Inc. | A | Dividend | J | T | Buy (add'l) | 04/04/12 | J | | |
| 155. Williams Sonoma Inc. | A | Dividend | J | T | Buy (add'l) | 12/10/12 | J | | |
| 156. Wells Fargo & Co. | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 157. Wells Fargo & Co. | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 158. Yum Brands | A | Dividend | J | T | Buy | 12/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 15 - Market value of vested options less exercise price on 12/31/11.

Item 16 - Rental property located in City of Newport, Chittendon County, Vermont;                    in 1994. Value at date acquired - $200,000.

Item 18 - Full description - Alternative Construction Tech, Inc., F/K/A Alternative Consruction Co., Inc. (Restricted Stock).

Item 19 - Rental property located in City of Newport, Chittendon County, Vermont acquired          on September 5, 2005. Purchase price - $220,000.

Item 20 - Interest in Cranston II, LLC is owned through Denmark Management, LLC.

Item 25 - Asset management company owned          .

Item 28 - Managed Asset Account of Spoleto Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544